ORDER:
Motion granted. Initial case management conference is CANCELED to be rescheduled if necessary after a ruling on pending motion to compel arbitration.

*s/ John S. Bryant*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN ASBELL, JEFF BLAYLOCK, TANIKA CLARK, DONNA R. COLON, LISHIANA DAMICO, SCOTT MADDUX, TAHANDSHEA SCANTLING, ELIZABETH SPELL, SUSAN THEADO, VENITA VAUGHN, AND REBEKAH ZANDI, <br><br> Plaintiffs, <br><br> v. <br><br> EDUCATION AFFILIATES, INC., D/B/A FORTIS INSTITUTE OF NASHVILLE, and KIMC NASHVILLE, LLC, D/B/A FORTIS INSTITUTE, <br><br> Defendants. | Case No. 3:12-CV-579 <br><br> JURY DEMAND <br><br> JUDGE NIXON <br><br> MAGISTRATE JUDGE BRYANT |

**JOINT MOTION TO STAY CASE MANAGEMENT CONFERENCE PENDING OUTCOME OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS PLAINTIFFS' CLASS ACTION CLAIMS**

Comes now the parties, as evidenced by signatures of counsel below, and respectfully request that this Court enter an Order staying the case management conference scheduled for July 30, 2012, pending the outcome of Defendants' Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' Class Action Claims. The parties are in agreement that a case management conference before Magistrate Bryant would not be productive prior to this Court's ruling on Defendants' Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' Class Action Claims.

**WHEREFORE**, for the foregoing reasons, the parties jointly request that the July 30, 2012, case management conference be postponed until this Court issues its ruling on Defendants' Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' Class Action Claims.