IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN ASBELL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EDUCATION AFFILIATES, INC., d/b/a ) <br> FORTIS INSTITUTE OF NASHVILLE, and ) <br> KIMC NASHVILLE, LLC, d/b/a FORTIS ) <br> INSTITUTE, ) <br> ) <br> Defendants. ) | No. 3:12-cv-00579 <br><br> Judge Nixon <br> Magistrate Judge Bryant <br><br> JURY DEMAND |

## ORDER

Pending before the Court is Plaintiffs' Motion to Stay Determination as to Whether Plaintiffs' Case is to be Maintained as a Class Action ("Motion"). (Doc. No. 18.) Plaintiffs request that the Court stay determination of whether Plaintiffs' case is to be maintained as a class action pending resolution of Defendants' Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' Class Action Claims ("Defendants' Motion") (Doc. No. 4). (*Id.*) In support of the Motion, Plaintiffs cite Local Rule 23.01(b), which requires that, within sixty days of filing a class action complaint, a plaintiff shall move for a determination as to whether the case is to be maintained as a class action "unless this period is extended on motion for good cause." (*Id.*) Plaintiff asserts that moving for a determination of whether its case is to be maintained as a class action prior to resolution of Defendants' Motion would be unproductive. (*Id.*)

The Court finds that Plaintiff has shown good cause for extending the sixty-day limit under Local Rule 23.01(b). Thus, Plaintiff's Motion is **GRANTED** and the Court hereby **STAYS** determination as to whether Plaintiffs' case is to maintained as a class action pending the Court's ruling on Defendants' Motion.

1

It is so ORDERED.

Entered this __1st__ day of August, 2012.

                                              JOHN T. NIXON, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT